IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 12-08766-BKT/C

IN RE: CHAPTER: 13

**SILVA. SERRANO, JUAN AVELINO
(SS: 8166)** (SS: )

**Debtor(s)**

**URB. VILLA CONTESA
CALLE KENT N-26
BAYAMON, PR 00956**

---

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represents as follows:

1. The appearing party hereby informs that:

**SOCIAL SECURITY BENEFITS, PENSION FUND, HOGAR SEGURO DOCUMENTS, ASUME PROFESSIONA LICENSES AND SC 2781**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of this information and/or documents.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, November 19, 2012

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

*/S/ Juan M. Suárez Cobo*
Juan M. Suárez Cobo
USDCPR 211010
suarezcobo@gmail.com



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home     Document Filing     Document History

Juan M. Suarez Cobo -- *Law Office*   Sign out

   1 of 6      Export    

**Trustee Electronic Document Filing Application (TEDFA)**

**Confirmation Receipt**

|  |  |
|---|---|
| **Case Number:** | 1208766 |
| **Username:** | jms2001 |
| **Debtor 1:** | JUAN AVELINO SILVA SERRANO |
| **Debtor 2:** |  |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 11/19/2012 3:45:44 PM |
| **Original File(s) Name:** | 12-08766 - SOCIAL SECURITY BENEFITS.pdf |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

*Chapter 13*



**TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)**

José R. Carrión-Morales, Esq.

Home   Document Filing   Document History

Juan M. Suarez Cobo -- *Law Office*   Sign out

  6   of 6      Export   

Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

|  |  |
|---|---|
| **Case Number:** | 1208766 |
| **Username:** | jms2001 |
| **Debtor 1:** | JUAN AVELINO SILVA SERRANO |
| **Debtor 2:** | |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 11/19/2012 3:45:45 PM |
| **Original File(s) Name:** | 12-08766 - SC 2781.pdf |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

**TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)**

José R. Carrión-Morales, Esq.

 Home    Document Filing    Document History        Juan M. Suarez Cobo -- *Law Office*   Sign out

    5  of 6      Export   

Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

|  |  |  |  |
|---|---|---|---|
| **Username:** | jms2001 | **Case Number:** | 1208766 |
| **Debtor 1:** | JUAN AVELINO SILVA SERRANO | | |
| **Debtor 2:** | | | |
| **Lawyer:** | JUAN M SUAREZ COBO | | |
| **Atty. Firstname:** | Juan M. | | |
| **Atty. Lastname:** | Suarez Cobo | | |
| **Law Firm:** | Law Office | | |
| **Document Type Filed:** | Taxes - Income Tax Returns | | |
| **Upload Date:** | 11/19/2012 3:45:45 PM | | |
| **Original File(s) Name:** | 12-08766 - PROFESSIONAL LICENSES.pdf | | |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

    

Juan M. Suarez Cobo -- *Law Office*   Sign out

   of 6   Export   



Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

**Case Number:** 1208766

**Username:** jms2001

**Debtor 1:** JUAN AVELINO SILVA SERRANO

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Taxes - Income Tax Returns

**Upload Date:** 11/19/2012 3:45:44 PM

**Original File(s) Name:** 12-08766 - PENSION FUND.pdf

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

    

Juan M. Suarez Cobo -- *Law Office*   Sign out



**Trustee Electronic Document Filing Application (TEDFA)**

**Confirmation Receipt**

|  |  |
|---|---|
| **Username:** | jms2001 |
| **Case Number:** | 1208766 |
| **Debtor 1:** | JUAN AVELINO SILVA SERRANO |
| **Debtor 2:** |  |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 11/19/2012 3:45:44 PM |
| **Original File(s) Name:** | 12-08766 - HOGAR SEGURO DOCUMENTS.pdf |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 **Home**    **Document Filing**    **Document History**

Juan M. Suarez Cobo -- *Law Office*   Sign out

     of 6        **Export**   



Trustee Electronic Document Filing Application (TEDFA)

*Confirmation Receipt*

|  |  |
|---|---|
| **Case Number:** | 1208766 |
| **Username:** | jms2001 |
| **Debtor 1:** | JUAN AVELINO SILVA SERRANO |
| **Debtor 2:** |  |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 11/19/2012 3:45:45 PM |
| **Original File(s) Name:** | 12-08766 - ASUME.pdf |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.