IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 12-08766-BKT/C

IN RE:      CHAPTER: 13

SILVA. SERRANO, JUAN AVELINO
(SS: 8166)      (SS: )

**Debtor(s)**

URB. VILLA CONTESA
CALLE KENT N-26
BAYAMON, PR 00956

_____

### OPPOSITION TO TRUSTEE'S OBJECTION TO EXEMPTIONS

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represent(s) as follows:

1. On Docket #50, the Chapter 13 Trustee filed a motion objecting the exemptions claimed by debtor(s) for real and personal property. We oppose to trustee's objection to exemptions.

2. The Trustee based her objection to the exemption of real property disclosed on Schedule A based on the fact that the Property Registry of Bayamon notified a defect in the notary act where Debtor claimed the local homestead exemption pursuant to 31 P.R.L.A. §§385(a); 1851-1857, as amended by Public Law 195 of September 13, 2011. The notary attorney who filed the notary act has already corrected the notified defect and the same is reflected in the Bayamon Property Registry records. Please refer to the attached document.

3. The Trustee also objected to the exemptions taken for personal property. The Trustee's objection to the exemptions of personal property disclosed on Schedule B is moot because because the exemptions were amended on Docket #51 .

**WHEREFORE** we pray from this Honorable Court to grant this motion and to deny Trustee's Objection to Debtor's Claim of Exemptions filed at Docket #50.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, May 02, 2013.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest, to their address of record.

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

***/s/ Manuel Casellas***
Manuel Casellas
USDCPR 229012
mcasellas@legalpartnerspr.com

-2-

